

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00051-CV

**S.A. HONEY DO-HUSBANDS, INC.** d/b/a Shaw Company Remodeling,
Appellant

v.

William **NISIEWICZ**, and Melissa Nisiewicz,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI08102
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the parties' agreed motion to dismiss is GRANTED. The trial court's October 25, 2024 judgment is SET ASIDE without regard to the merits, this case is REMANDED to the trial court for rendition of judgment in accordance with the parties' settlement agreement, and this appeal is DISMISSED. In accordance with the parties' agreement, we ORDER each party to pay the costs they incurred.

SIGNED June 18, 2025.

_____
Lori I. Valenzuela, Justice